NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROL A. TRUFANT,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2013-3168

---

Petition for review of the Merit Systems Protection Board in No. DC0752920492-C-3.

---

**ON MOTION**

---

**O R D E R**

Carol A. Trufant moves for a 60-day extension of time, until February 18, 2014, to file her opening brief. The Department of the Air Force responds.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

2                                    TRUFANT v. AIR FORCE

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court


s21